Chaderick A. Ingram
1060 North Ave.
Sacramento, Ca. 95838
916-868-3705
Plaintiff,, In Forma Pauperis

**FILED**

JUN 1 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Chaderick A. Ingram,

      Plaintiff,

vs.

City of Sacramento; Geico Casualty

Company; Mercury Insurance Group; City of

Stockton; Superior Court of California County

of San Joaquin; San Joaquin County

Department of Child Support Services; City of

Citrus Heights; Citrus Heights Police

Department, Officer C. Morris

      Defendants

Case No:

2:12 - CV - 1557 GE3 GGH PS

COMPLAINT FOR DAMAGES UNDER
42USC 1983; CIVIL RIGHTS VIOLATION;
PERSONAL INJURY

Plaintiff, Chaderick A. Ingram, a documented mentally disabled recipient, a U.S. citizen

protected by the U.S. Constitution, with a Guardian ad Litem for Plaintiff to receive appointed

counsel, deprived of privileges by <u>Defendants</u> stated above, <u>pursuant to 42 U.S.C. 1983</u>. Plaintiff

files a complaint with the Eastern District of California, ***Pursuant to FRCP 8***, given the United

States District Court, Eastern District of California jurisdiction over this suit to proceed further

in In Forma Pauperis, **Pursuant to 28 U.S.C. 1915 (e) (1)**, Plaintiff cant afford an attorney so he proceeds in Forma Pauperis as order fee waiver being granted shows on record requesting the court to appoint attorney counsel representation to Guardian ad litem for Plaintiff. Plaintiff is mentally disabled, frivolously to attorney procedures to move forward alone, **pursuant to 28 U.S.C. 1915 (e) (1)**, Sacramento, California, against the City of Stockton,  Superior court of California in San Joaquin County, San Joaquin county department of child Support ServiceS, City of Citrus Heights, Citrus Heights Police Department, Officer C. Morris, City of Sacramento, Geico Casualty Company, Mercury Insurance Group for violation of his civil rights deprived by Defendant's stated above in front of witness, defaming Plaintiffs character through excessive force, City of Stockton,  Superior court of California in San Joaquin County harassing Plaintiff not given him the reservation number to be heard for a civil and law motion in civil court; Pep Boys vandalize Plaintiffs vehicle, malicious mischief, intentionally depriving Plaintiff of his privileges, pursuant to 42 U.S.C. 1983; Geico Insurance begin their conspiracy by charging Plaintiff an enormous amount of money for full coverage insurance, also taunted and threatened Plaintiff for no reason on camera at a Geico insurance as stated in the complaint already against Defendants stated above. In the month of June Defendants stated above sent a letter stating a denial after send an estimation of lost stating the determination of the estimate comprehensive claim that the defendants determined, comprehensive, depriving Plaintiff, pursuant to 42 U.S.C. 1983. San Joaquin Child Support Department defamed Plaintiffs character through excessive force, continued to harass Plaintiff sending fraudulent false mail, prohibiting Plaintiff the free exercise thereof, for no reason at all, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983. City of Citrus Heights, Citrus Heights Police Department, Officer C. Morris for violation of his civil rights deprived by Defendant's stated above for no reason, harassed Plaintiff for no reason walking from the store, in front of witness, pursuant to 42 U.S.C. 1983. Threaten to take Plaintiff to jail for no reason if he didn't get off his phone and sit down,

pursuant to 42 U.S.C. 1983. Defendants stated above snatched witness, phone out her hand and poked her eye snatching her phone that caused her eye to water, pursuant to 42 U.S.C. 1983. Taunting Plaintiff, embarrassing Plaintiff, conspiring to set Plaintiff up because he is mentally disabled; Defendants Mercury showed vendetta against Plaintiff for the second time, manipulating Plaintiff out of money he already paid for as purchase already, receipt can show, defaming Plaintiffs character through excessive force, prohibiting Plaintiff the free exercise thereof; Defendants are canceling Plaintiffs auto insurance for no reason and never had to allow him to purchase from them only for a scam was Plaintiff involved. Defendants are canceling Plaintiffs full covered insurance for no reason, sent a letter dated 5-31-2012 un til July 17, 2012 auto insurance will be invalid. Plaintiffs premiums as evidence can show was paid in full by credit card for the full amount of $793.00. Their charging Plaintiff $282.90 for the beginning of purchase to 7-17-2012 cancellation date, meaning Plaintiffs refund will be short around $55 and some change or so. Stating Plaintiff paid in full amount of a $848 premium with Defendants stated above that their saying, how is that, but that's not true, so Plaintiffs get scammed again, pursuant to 42 U.S.C. 1983; prohibiting Plaintiff the free exercise thereof, for no reason at all, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983. **Pursuant to Fed R. Civ. P. 11 (1) (3) (4)**, Plaintiff attempted to seek employees name to be named as an individual Defendant, besides **C. Morris**, but was rudely denied such information, not securing his civil rights depriving his privileges that are secure by the U.S. Constitution, pursuant to 42 U.S.C. 1983. Defendant's stated above harassed, taunted and defamed Plaintiffs character by the use of excessive force, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983. Defendant's stated above invaded Plaintiffs privacy, taunting and disrespecting Plaintiff, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983. Defendants stated above caused Plaintiff a great deal of

mental anguish; inflicting cruel and unusual punishment; abridging Plaintiffs privileges not protecting his civil rights that are protected by the U.S. constitution because <u>Defendant's</u> stated above exercised their power in professional misconduct violating protected laws [pursuant to 42 U.S.C. 1983] shown and demonstrated in this law suit herein under the Constitution of the United States [1st, 4th, 6th, 8th and 14th Amendment] pursuant to 42 USC 1983. Pursuant to 42 U.S.C. 1983; **Every person who under color of any statue, ordinance ,regulation ,custom, or usage, of any State or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United states or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, Suit in equity ,or other proper proceeding for redness, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statue of the District of Columbia.**

<u>Defendant's, City of Stockton, Superior Court of California County of San Joaquin, San Joaquin County Department of Child Support Services, City of Citrus Heights, Citrus Heights Police Department, Officer C. Morris, City of Sacramento, Geico Casualty Company, Mercury Insurance Group,</u> willingly, knowingly, wrongfully, and unlawfully harassed plaintiff through the use of defamation of character while using excessive force, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, <u>pursuant to 42 U.S.C. 1983</u>.

# I. INTRODUCTION

. All Defendants stated above knowingly conspired to harass Plaintiff out of spite based on various multiple unhuman reason as such; **Ingram v.** *Sacramento Police Department* etc. and **Ingram** vs. *Grant High,* gives Plaintiff reason to state a non frivolous liability Monell claim against all Defendants and their Defendant entities. As stated in Monell this entire suit is based

1

2    on neglect by <u>Defendants</u>, ***Monell v. New York Department,*** this suit has the existence of

3    express policy that was enforced causing constitutional deprivations of Plaintiff rights fitting

4    constitute custom stating a claim for relief to be granted according to law, <u>pursuant to 42 U.S.C.</u>

5    <u>1983</u>. Monell overruled Monroe because of the unfairness. Plaintiff is a mentally disabled

6    Plaintiff and knowing this can cause Defendants to show their deprivations of his rights as

7    herein. Showing negligent hiring on behalf of such entities that would do such a thing to Plaintiff

8    knowing he is mentally disabled. All <u>Defendants</u> stated above and through out in this law suit,

9

10   through defamation of character by the use of excessive force abridged the free exercise thereof

11   the Plaintiff to peaceably assemble, didn't secure his persons and effects knowing his disability

12   firsthand violating Plaintiff out of spite, conspired against Plaintiff, Plaintiff brings forth this suit

13   as **42 U.S.C. 1983** requires the law in the U.S. Constitution to be heard for full relief for pain and

14   suffering, imposing excessive cruel and unusual punishment being inflicted to Plaintiff, a born

15   U.S. citizen by entities of the U.S.A. abridging and denying Plaintiff the equal protection

16   required by law, depriving Plaintiff completely, <u>pursuant to 42 U.S.C. 1983</u>. <u>Defendant's</u> stated

17   above, engaged in excessive force with no valid reason unrestrained in abuse of their power as

18   professionals of the law that protects and secures Plaintiffs U.S. Constitutional Civil Rights, not

19   deprive his U.S. Constitutional Civil Rights, <u>pursuant to 42 U.S.C. 1983</u>. <u>Defendant's</u> stated

20   above, only persons under the statue are subject to liability, a government official in his official

21   capacity, the government entity itself, may be sued in their individual capacities for damages,

22   declaratory or injunctive relief to Plaintiff by <u>Defendant's</u> professional and police misconduct,

23   <u>pursuant to 42 U.S.C. 1983</u>. ***Pursuant to FRCP 12(b)(6)***, Plaintiff states a claim for relief to be

24   granted as merits follows the law requirements formula beyond possible to prove. ***Pursuant to***

25   ***FRCP 8***, Plaintiff lays out a plain statement of the claim showing the courts he is entitled to

26   relief and demand relief to be sought.

27

28

## First Cause Of Action Violation of Civil Rights Pursuant to 42 USC 1983

Plaintiff, <u>Chaderick A. Ingram</u>, and at all times mentioned is a resident of the city of Sacramento, Sacramento County, California. <u>Defendant's</u> stated above, are individual's and at all times relevant to this action. <u>Defendant's</u> stated above, is employed by <u>City of Stockton</u>, the <u>United States of America</u>. As such, <u>Defendant's</u> stated above are duly appointed agencies authorized to enforce the laws of California, and was so acting under the color of law of California at all times relevant to this action, <u>pursuant to 42 U.S.C. 1983</u>.

<u>Defendant's</u> stated above is a subdivision of public government entities in the State Of California.

On stated above date, <u>Defendant's</u>, <u>City of Stockton, Superior Court of California County of San Joaquin</u>, knowingly, willingly, and unlawfully violated Plaintiffs first(1)U.S. Constitutional Right;

**I. Amendment.  Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redness of grievances.**

<u>Defendant's</u> stated above violated first amendment Civil Rights in front of witness, defaming his character, aggressively refusing to give Plaintiff a reservation number for a civil law motion. <u>Defendant's</u>, insulted and embarrassed Plaintiff by the use of excessive force through defamation of character abridging the freedom of speech and the right of the people peaceably to assemble, <u>pursuant to 42 U.S.C. 1983</u>.

1. Through Defamation of Character, refused to give Plaintiff reservation number to be heard in a civil law motion, in front of witness', insulting his civil rights, deprived and abridged Plaintiffs civil rights and embarrassing Plaintiff causing mental anguish during harassment, that left Plaintiff mentally and emotionally stressed; Invasion of privacy, Plaintiff was harassed for no reason;

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

_    Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's fourth (4) U.S. Constitutional Right;

**IV. Amendment.        The right of the people to be secure in their persons, houses, papers and effects, against   unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**

Defendant's stated above in front of witness made sure that the use of excessive force was used to where Plaintiff wasn't secure in his mind, papers nor persons, refusing Plaintiff, depriving Plaintiff while minding his own business as a U.S. citizen violating his fourth amendment civil right, pursuant to 42 U.S.C. 1983.

1.   Defendant's stated above, deprived privileges of Plaintiff subjecting his civil rights to be violated, not securing Plaintiffs persons, deprived and abridged Plaintiffs civil rights causing mental anguish, pursuant to 42 U.S.C. 1983;

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

**Defendant's** stated above, knowingly, willingly and unlawfully violated Plaintiff's sixth**(6)** U.S. Constitutional Right;

**VI. Amendment. In all criminal prosecutions, the accused shall enjoy the right to speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him or her; to have compulsory process for obtaining witnesses in his or her favor, and to have Assistance of Counsel for the defense.** Defendant's stated above not one time brought forth a witness saying Plaintiff was doing anything wrong or bothered anybody what so ever to be refused a reservation number to be heard for a civil law motion in court, pursuant to 42 U.S.C. 1983, 6th Amendment. Violating that 6th Amendment. Plaintiff brought forth a complaint against Defendant's stated above for this cause of action to be heard in court, pursuant to 42 U.S.C. 1983.

1. An accuser of any kind was not provided why Defendant's stated above, harassed Plaintiff for no reason at hand in front of witness, depriving and abridging Plaintiff; as Plaintiff did herein, pursuant to 42 U.S.C. 1983, as Plaintiff does with law suit herein, Defendants stated above;

2. *violated Plaintiffs right of the people peaceably to assemble not protecting* nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

**Defendant's** stated above, knowingly, willingly and unlawfully violated Plaintiff's *eight***(8)** *U.S. Constitutional Right;*

**VIII. Amendment Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.** Plaintiff was harassed for no reason what so ever in front of witness by defendants due to excessive force being used during the unusual punishment infliction by professionally neglecting Plaintiffs privileges of being a citizen of the U.S., <u>pursuant to 42 U.S.C. 1983</u>.

> 1. cruel and unusual infliction occurred through defamation of character by the use of excessive force by <u>Defendant's</u> stated above refusing Plaintiff for no reason with witness', causing pain and suffering, violating Plaintiffs eighth Amendment Constitutional Rights , <u>pursuant to 42 U.S.C. 1983</u>;

> 2. and violated Plaintiffs right of the people peaceably to assemble not

protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, <u>pursuant to 42 U.S.C. 1983</u>.

<u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiff's **(14)** U.S. Constitutional Right;    **XIV. Amendment. All persons born naturalized in the United States, and subject to jurisdiction thereof, are citizens of the United States wherein reside. No state shall make or enforce any law which shall abridged the privileges or immunities of citizens of the United States; nor deny to any person within its jurisdiction the equal protection of the laws.** <u>Defendant's</u> stated above, aggressively continued to refuse Plaintiff all day, individual public entities, abridged the privilege's of Plaintiff, denying his freedom within its jurisdiction the equal protection of the laws, unlawfully excessively harassed Plaintiff, a mentally documented disabled recipient, a U.S. citizen minding his own business gets unlawfully harassed, Violating, depriving his 14th Amendment as a U.S. citizen that's protected by the U.S. Constitution, <u>pursuant to 42 U.S.C 1983</u>.

1. Plaintiff's Civil Right as a U.S. citizen, a resident of the State of California was violated. Unlawfully harassed in front of witness, Defendant's stated above choice was to deny Plaintiff the equal protection of laws within its jurisdiction, violating Plaintiff, pursuant to 42 U.S.C. 1983.

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution. not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

### Second Cause Of Action Violation of Civil Rights Pursuant to 42 USC 1983

Plaintiff, Chaderick A. Ingram, and at all times mentioned is a resident of the city of Sacramento, Sacramento County, California. Defendant's stated above, are individual's and at all times relevant to this action. Defendant's stated above, are employed by City of Sacramento, the United States of America. As such, Defendant's stated above are duly appointed agencies authorized to enforce the laws of California, and was so acting under the color of law of California at all times relevant to this action, pursuant to 42 U.S.C. 1983.

Defendant's stated above are subdivision's of public government entities in the State Of California.

In June, 2012, Defendant's, City of Sacramento, Geico Caulty Company, knowingly, willingly, and unlawfully violated Plaintiffs first(1)U.S. Constitutional Right;

**I. Amendment. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redness of grievances.**

Defendant's stated above violated first amendment Civil Rights in front of witness, abridged Plaintiffs right to peaceably assemble, manipulating Plaintiff, invading his privacy, sending a harassment letter stating his auto claim was denied after it was totaled a lost stating in the Defendants estimate inspection of law determining it to be a comprehensive claim, abridging Plaintiffs peace to assemble, depriving him of his privileges, pursuant to 42 U.S.C. 1983. Defendant's stated above, harassed and disrespected Plaintiff using excessive force through defamation of character, literally, insulted and embarrassed Plaintiff by the use of excessive force through defamation of character abridging the freedom of speech and the right of the people peaceably to assemble, pursuant to 42 U.S.C. 1983.

1. Through Defamation of Character, in front of witness, Defendants stated above insulting Plaintiffs civil rights, deprived and abridged Plaintiffs civil rights and embarrassing Plaintiff sending false mail causing mental anguish during harassment, that left Plaintiff more mentally and emotionally stressed; Invasion of privacy, Plaintiff was continuously harassed for no reason;

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing Plaintiffs U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's fourth (4) U.S. Constitutional Right;

**IV. Amendment.**       **The right of the people to be secure in their persons, houses, papers and effects, against   unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**

Defendant's stated above, in front of witness, made sure that the use of excessive force was used to where Plaintiff wasn't secure in his mind, papers nor persons, sending a harassment letter stating his auto claim was denied after it was totaled a lost stating in the Defendants estimate inspection of law, a U.S. citizen violating his fourth amendment civil right, deprived his privileges, pursuant to 42 U.S.C. 1983.

1. Defendant's stated above, deprived privileges of Plaintiff subjecting his civil rights to be violated, threaten Plaintiff, sending a harassment letter stating his auto claim was denied after it was totaled a lost stating in the Defendants estimate inspection of law, not securing Plaintiff, deprived and abridged Plaintiffs civil rights causing mental anguish, pursuant to 42 U.S.C. 1983;

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's sixth(6) U.S. Constitutional Right;

**VI. Amendment. In all criminal prosecutions, the accused shall enjoy the right to speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him or her; to have compulsory process for obtaining witnesses in his or her favor, and to have Assistance of Counsel for the defense. Defendant's stated above not one time**

brought forth a witness saying Plaintiff was doing anything wrong or bothered anybody what so ever to be subjected and manipulated by Geico, depriving him of his privileges, pursuant to 42 U.S.C. 1983. Plaintiff brought forth a complaint against Defendant's stated above for this cause of action to be heard in court for depriving him of his privileges, pursuant to 42 U.S.C. 1983.

    1. An accuser of any kind was not provided why Defendant's stated above, harassed Plaintiff for no reason at hand in front of witness, depriving and abridging Plaintiff; as Plaintiff did herein pursuant to 42 U.S.C. 1983, as Plaintiff does with law suit herein, Defendants stated above;

    2. violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's eight(8) U.S. Constitutional Right;

**VIII. Amendment Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.** For no reason by the use excessive force Plaintiff sending a harassment letter stating his auto claim was denied after it was totaled a lost stating in the Defendants estimate inspection of law, taunted by Defendant's stated above conducting unusual punishment infliction by professionally neglecting Plaintiffs privileges of being a citizen of the U.S., pursuant to 42 U.S.C. 1983.

    1. cruel and unusual infliction occurred through defamation of character by the use of excessive force by Defendant's stated above sending harassment letter for no reason with witness', causing pain and

suffering, violating Plaintiffs eighth Amendment Constitutional Rights, <u>pursuant to 42 U.S.C. 1983</u>;

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, <u>pursuant to 42 U.S.C. 1983</u>.

<u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiff's **(14)** U.S. Constitutional Right; **XIV. <u>Amendment.</u> All persons born naturalized in the United States, and subject to jurisdiction thereof, are citizens of the United States wherein reside. No state shall make or enforce any law which shall abridged the privileges or immunities of citizens of the United States; nor deny to any person within its jurisdiction the equal protection of the laws.** <u>Defendant's</u> stated above, an individual and public entity, abridged the privilege's of Plaintiff, denying his freedom within its jurisdiction the equal protection of the laws, unlawfully excessively harassed Plaintiff, a uneducated mentally disabled documented recipient, sending a harassment letter stating his auto claim was denied after it was totaled a lost stating in the Defendants estimate inspection of law, a U.S. citizen minding his own business gets unlawfully harassed, Violating, depriving his 14th Amendment as a U.S. citizen that's protected by the U.S. Constitution, <u>pursuant to 42 U.S.C 1983</u>.

1. Plaintiff's Civil Right's as a U.S. citizen, was unlawfully harassed in front of witness', <u>Defendant's</u> stated above choice was to deny Plaintiff the equal protection of laws within its jurisdiction, violating Plaintiff, <u>pursuant to 42 U.S.C. 1983</u>.

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S.

citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, pursuant to 42 U.S.C. 1983.

### Third Cause Of Action Violation of Civil Rights Pursuant to 42 USC 1983

Plaintiff, Chaderick A. Ingram, and at all times mentioned is a resident of the city of Sacramento, Sacramento County, California. Defendant's stated above, are individual's and at all times relevant to this action. Defendant's stated above, is employed by City of Stockton, the United States of America. As such, Defendant's stated above are duly appointed agencies authorized to enforce the laws of California, and was so acting under the color of law of California at all times relevant to this action, pursuant to 42 U.S.C. 1983.

Defendant's stated above is a subdivision of public government entities in the State Of California.

On stated above date, Defendant's, City of Stockton, San Joaquin County Department of Child Support Services, knowingly, willingly, and unlawfully violated Plaintiffs first(1)U.S. Constitutional Right;

**I. Amendment. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redness of grievances.** Defendant's stated above violated first amendment Civil Rights in front of more than one witness, defaming his character, aggressively sending harassment fraudulent false mail, invading his privacy, literally. Defendant's, City of Sacramento, Motel 6 insulted and embarrassed Plaintiff by the use of excessive force through defamation of character abridging the freedom of speech and the right of the people peaceably to assemble, pursuant to 42 U.S.C. 1983.

1. Through Defamation of Character, sent harassment fraudulent false mail to Plaintiff in front of witness', insulting his civil rights, deprived and abridged Plaintiffs civil

rights and embarrassing Plaintiff causing mental anguish during harassment, that left Plaintiff

mentally and emotionally stressed; Invasion of privacy, Plaintiff was harassed for no reason;

2. and violated Plaintiffs right of the people peaceably to assemble not

protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S.

Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not

protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving

privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's fourth

(4) U.S. Constitutional Right;

**IV. Amendment.   The right of the people to be secure in their persons, houses, papers and**

**effects, against unreasonable searches and seizures, shall not be violated, and no warrants**

**shall issue, but upon probable cause, supported by oath or affirmation, and particularly**

**describing the place to be searched, and the persons or things to be seized.** Defendant's

stated above in front of witness made sure that the use of excessive force was used to where

Plaintiff wasn't secure in his mind, papers nor persons, depriving Plaintiff while minding his

own business as a U.S. citizen violating his fourth amendment civil right, pursuant to 42 U.S.C.

1983.

1.Defendant's stated above, deprived privileges of Plaintiff subjecting

his civil rights to be violated, not securing Plaintiffs persons,

deprived and abridged Plaintiffs civil rights causing mental anguish,

pursuant to 42 U.S.C. 1983;

2. and violated Plaintiffs right of the people peaceably to assemble not

protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S.

Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not

protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving

privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

_____ Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's sixth**(6)** U.S. Constitutional Right;

**VI. Amendment.  In all criminal prosecutions, the accused shall enjoy the right to speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him or her; to have compulsory process for obtaining witnesses in his or her favor, and to have Assistance of Counsel for the defense.** Defendant's stated above not one time brought forth a witness saying Plaintiff was doing anything wrong or bothered anybody what so ever to be subjected, pursuant to 42 U.S.C. 1983, 6th Amendment. Violating that 6th Amendment. Plaintiff brought forth a complaint against Defendant's stated above for this cause of action to be heard in court, pursuant to 42 U.S.C. 1983.

1.An accuser of any kind was not provided why Defendant's stated above, harassed Plaintiff for no reason at hand in front of witness, depriving and abridging Plaintiff; as Plaintiff did herein pursuant to 42 U.S.C. 1983, as Plaintiff does with law suit herein, Defendants stated above;

2. violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully  violated  Plaintiff's eight**(8)** U.S. Constitutional Right;

**VIII. Amendment Excessive bail shall not be required, nor excessive fines imposed, nor**

**cruel and unusual punishment inflicted.** Plaintiff was harassed numerous times for no reason what so ever in front of witness' due to excessive force being used during the unusual punishment infliction by professionally neglecting Plaintiffs privileges of being a citizen of the U.S., <u>pursuant to 42 U.S.C. 1983</u>.

        1. cruel and unusual infliction occurred through defamation of character by the use of excessive force by <u>Defendant's</u> stated above sending fraud mail to Plaintiff for no reason with witness', causing pain and suffering, violating Plaintiffs eighth Amendment Constitutional Rights , <u>pursuant to 42 U.S.C. 1983</u>;

        2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, <u>pursuant to 42 U.S.C. 1983</u>.

        <u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiff's **(14)** U.S. Constitutional Right;    **XIV. Amendment. All persons born naturalized in the United States, and subject to jurisdiction thereof, are citizens of the United States wherein reside. No state shall make or enforce any law which shall abridged the privileges or immunities of citizens of the United States; nor deny to any person within its jurisdiction the equal protection of the laws.** <u>Defendant's</u> stated above, aggressively continued to send fraudulent harassment mail, individual public entities, abridged the privilege's of Plaintiff, denying his freedom within its jurisdiction the equal protection of the laws, unlawfully excessively harassed Plaintiff, a mentally documented disabled recipient, a U.S. citizen minding his own business gets unlawfully harassed, Violating, depriving his 14th Amendment as a U.S. citizen that's protected by the U.S. Constitution, <u>pursuant to 42 U.S.C 1983</u>.

1. Plaintiff's Civil Right as a U.S. citizen, a resident of the State of California was violated. Unlawfully harassed in front of witness, <u>Defendant's</u> stated above choice was to deny Plaintiff the equal protection of laws within its jurisdiction, violating Plaintiff, <u>pursuant to 42 U.S.C. 1983.</u>

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution. not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, <u>pursuant to 42 U.S.C. 1983.</u>

### <u>Fourth Cause Of Action Violation of Civil Rights Pursuant to 42 USC 1983</u>

Plaintiffs', <u>Chaderick A. Ingram</u>, and at all times mentioned is a resident of the city of Sacramento, Sacramento County, California. <u>Defendant's</u>, <u>City of Citrus Heights</u>, <u>Citrus Heights Police Department, Officer C. Morris</u>, are individual's and at all times relevant to this action. <u>Defendant's</u> stated above, are employed by the state of California, the <u>United States of America</u>. As such, <u>Defendant's</u> stated above are duly appointed agencies authorized to enforce the laws of California, depriving Plaintiffs privileges and was so acting under the color of law of California at all times relevant to this action, <u>pursuant to 42 U.S.C. 1983.</u>

<u>Defendant's</u> stated above are subdivisions of public government entities in the State Of California.

On May 30, 2012 , <u>Defendant's</u>, <u>City of Citrus Heights</u>, <u>Citrus Heights Police Department, Officer C. Morris</u>, knowingly, willingly, and unlawfully violated Plaintiffs first(1)U.S. Constitutional Right;

**I. Amendment. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redness**

of grievances.

        Defendant's stated above violated Plaintiffs first amendment Civil Rights, invading their privacy, aggressively harassed Plaintiff for no reason depriving his privileges, not securing his U.S. civil rights depriving those rights that are secured by the U.S. Constitutional laws, <u>pursuant to 42 U.SC. 1983</u>, harassing, disrespecting Plaintiffs using excessive force through defamation of character, literally, insulted and embarrassed Plaintiff by the use of excessive force through defamation of character abridging the freedom of speech and the right of the people peaceably to assemble, <u>pursuant to 42 U.S.C. 1983</u>.

        1. Through Defamation of Character, insulting his civil rights, deprived and abridged Plaintiffs civil rights and embarrassing Plaintiffs causing mental anguish during harassment, that left Plaintiffs mentally and emotionally stressed; Invasion of privacy, Plaintiff was harassed for no reason;

        2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving this U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not securing his U.S. civil rights depriving those rights that are secured by the U.S. Constitutional laws, <u>pursuant to 42 U.SC. 1983</u>.

        <u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiffs fourth <u>(4)</u> U.S. Constitutional Right;

<u>**IV. Amendment.**</u>      **The right of the people to be secure in their persons, houses, papers and effects, against   unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**

<u>Defendant's</u> stated above made sure that the use of excessive force was used to where Plaintiff

wasn't secure in his mind, papers nor persons while minding his own business as a U.S. citizen violating his fourth amendment civil right, pursuant to 42 U.S.C. 1983.

1.  Defendant's stated above, deprived privileges of Plaintiffs subjecting his civil rights to be violated, not securing Plaintiffs persons, deprived and abridged Plaintiffs civil rights causing mental anguish;

2.  and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen's, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not securing his U.S. civil rights depriving those rights that are secured by the U.S. Constitutional laws, pursuant to 42 USC. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiffs sixth**(6)** U.S. Constitutional Right;

**VI. Amendment.  In all criminal prosecutions, the accused shall enjoy the right to speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him or her; to have compulsory process for obtaining witnesses in his or her favor, and to have Assistance of Counsel for the defense.** Defendant's stated above not one time brought forth a witness saying Plaintiff did anything wrong or bothered anybody what so ever to be subjected, pursuant to 42 U.S.C. 1983. 6th Amendment. Violating that 6th Amendment. Plaintiff brought forth a complaint against Defendant's stated above for this cause of action to be heard in court, pursuant to 42 U.S.C. 1983.

1.  An accuser of any kind was not provided why Defendant's stated above, harassed Plaintiffs for no reason at hand, depriving and abridging

Plaintiff; as Plaintiff did herein, <u>pursuant to 42 U.S.C. 1983</u>, as Plaintiff does with law suit herein, Defendants stated above;

2.   violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not securing his U.S. civil rights depriving those rights that are secured by the U.S. Constitutional laws, <u>pursuant to 42 U.SC. 1983.</u>

<u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiffs eight<u>(8)</u> U.S. Constitutional Right;

<u>**VIII.** **Amendment**</u> **Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.** due to excessive force being used during the unusual punishment infliction by professionally neglecting Plaintiffs privileges of being a U.S. citizen of the U.S., imposing a violation was not required, <u>pursuant to 42 U.S.C. 1983</u>.

1.   cruel and unusual infliction occurred through defamation of character by the use of excessive force by <u>Defendant's</u> stated for no reason, causing pain and suffering, violating Plaintiffs eighth Amendment Constitutional Rights;

2.   and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not securing his U.S. civil rights depriving those rights that are secured by the U.S. Constitutional laws, <u>pursuant to 42 U.SC. 1983.</u>

<u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiff's <u>**(14)**</u> U.S. Constitutional Right;        <u>**XIV**</u>. <u>**Amendment.**</u> **All persons born naturalized in the United**

**States, and subject to jurisdiction thereof, are citizens of the United States wherein reside. No state shall make or enforce any law which shall abridged the privileges or immunities of citizens of the United States; nor deny to any person within its jurisdiction the equal protection of the laws.** Defendant's stated above, an individual and public entity, abridged the privilege's of Plaintiff, denying his freedom within its jurisdiction the equal protection of the laws, unlawfully excessively harassed  Plaintiffs, a U.S. citizen minding his own business gets unlawfully harassed, Violating, depriving his 14th Amendment as a U.S. citizen that's protected by the U.S. Constitution, pursuant to 42 U.S.C 1983.

1. Plaintiffs Civil Right as a U.S. citizen, a resident of the State of California was violated. Unlawfully harassed, Defendant's stated above choice was to deny Plaintiffs' the equal protection of laws within its jurisdiction, violating Plaintiff, pursuant to 42 U.S.C. 1983;

2. and violated both Plaintiffs' right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as U.S. citizen's, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, not securing his U.S. civil rights depriving those rights that are secured by the U.S. Constitutional laws, pursuant to 42 U.SC. 1983.

3. **Fifth Cause Of Action Violation of Civil Rights Pursuant to 42 USC 1983**

Plaintiff, Chaderick A. Ingram, and at all times mentioned is a resident of the city of Sacramento, Sacramento County, California. Defendant's stated above, are individual's and at all times relevant to this action. Defendant's stated above, are employed by City of Sacramento, the United States of America. As such, Defendant's stated above are duly appointed agencies authorized to enforce the laws of California, and was so acting

under the color of law of California at all times relevant to this action, <u>pursuant to 42 U.S.C.</u> <u>1983</u>.

<u>Defendant's</u> stated above are  subdivision's of public government entities in the State Of California. On 5-16-2012 was when they first deprived Plaintiff against the law, but on 5-31-2012, <u>Defendant's</u>, <u>City of Sacramento</u>, <u>Mercury Insurance Group</u>, knowingly, willingly, and unlawfully violated Plaintiffs first(1)U.S. Constitutional Right;

**<u>I. Amendment.</u>  Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redness of grievances.**

<u>Defendant's</u> stated above violated first amendment Civil Rights in front of witness' by excepting Plaintiffs money illegally now canceling his auto insurance with out of wack refund if u calculate it correctly, manipulating Plaintiff, continuing to join the conspiracy, already charged Plaintiff an enormous amount for a premium then denied him mechanical breakdown, abridged Plaintiffs right to peaceably assemble, manipulating Plaintiff, again, invading his privacy, robbed Plaintiff for no reason, again,  conspiring with every entity that crossed Plaintiff depriving his privileges, <u>pursuant to 42 U.S.C. 1983</u>. <u>Defendant's</u> stated above, robbed, harassed and disrespected Plaintiff, again, using excessive force through defamation of character, literally, insulted and embarrassed Plaintiff again by the use of excessive force through defamation of character abridging the freedom of speech and the right of the people peaceably to assemble, <u>pursuant to 42 U.S.C. 1983</u>.

      1. Through Defamation of Character, in front of more than one witness, Defendants stated above acted completely unprofessionally, insulting Plaintiffs civil rights, deprived and abridged Plaintiffs civil rights and embarrassing Plaintiff causing mental anguish during manipulation, that left Plaintiff more mentally and emotionally stressed; Invasion of

privacy, Plaintiff was robbed and manipulated again for no reason;

      2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing Plaintiffs U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, <u>pursuant to 42 U.S.C. 1983.</u>

      <u>Defendant's</u> stated above, knowingly, willingly and unlawfully violated Plaintiff's fourth <u>(4)</u> U.S. Constitutional Right;

**<u>IV. Amendment.</u>**      **The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**

<u>Defendant's</u> stated above, in front of witness, again, made sure that the use of excessive force was used to where Plaintiff wasn't secure in his mind, papers nor persons, robbing Plaintiff again, a U.S. citizen, violating his fourth amendment civil right, deprived his privileges, <u>pursuant to 42 U.S.C. 1983.</u>

4.      <u>Defendant's</u> stated above, manipulated Plaintiff again not securing his persons upon unreasonable seizure for cancellation, then refused to give Plaintiff mechanical breakdown insurance from the start, manipulating Plaintiff again, deprived privileges of Plaintiff subjecting his civil rights to be violated, not securing Plaintiff, deprived and abridged Plaintiffs civil rights causing mental anguish, <u>pursuant to 42 U.S.C. 1983;</u>

5.      and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, <u>pursuant to 42 U.S.C. 1983.</u>

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's sixth**(6)** U.S. Constitutional Right;

**VI. Amendment.  In all criminal prosecutions, the accused shall enjoy the right to speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him or her; to have compulsory process for obtaining witnesses in his or her favor, and to have Assistance of Counsel for the defense.** Defendant's stated above not one time brought forth a witness saying Plaintiff was doing anything wrong the first time nor bothered anybody what so ever to be subjected and manipulated this second time by Defendants statedf above, depriving him of his privileges, pursuant to 42 U.S.C. 1983. Plaintiff brought forth a complaint against Defendant's stated above the first time for this cause of action to be heard in court for depriving him of his privileges for the second time, pursuant to 42 U.S.C. 1983.

1. An accuser of any kind was not provided why Defendant's stated above, manipulated again Plaintiff for no reason at hand in front of witness, depriving and abridging Plaintiff, as Plaintiff did herein pursuant to 42 U.S.C. 1983, as Plaintiff does with law suit herein, Defendants stated above;

2. violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's eight**(8)** U.S. Constitutional Right;

**VIII. Amendment Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.** For no reason by the use excessive force Defendants

stated above, again, conducted unusual punishment infliction by professionally neglecting Plaintiffs privileges of being a citizen of the U.S., pursuant to 42 U.S.C. 1983.

1. cruel and unusual infliction occurred through defamation of character by the use of excessive force by Defendant's stated above manipulating Plaintiff again, for no reason with witness, causing pain and suffering, violating Plaintiffs eighth Amendment Constitutional Rights, pursuant to 42 U.S.C. 1983;

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, pursuant to 42 U.S.C. 1983.

Defendant's stated above, knowingly, willingly and unlawfully violated Plaintiff's **(14)** U.S. Constitutional Right;      **XIV. Amendment. All persons born naturalized in the United States, and subject to jurisdiction thereof, are citizens of the United States wherein reside. No state shall make or enforce any law which shall abridged the privileges or immunities of citizens of the United States; nor deny to any person within its jurisdiction the equal protection of the laws.** Defendant's stated above, an individual and public entity, abridged the privilege's of Plaintiff for the second time and its not fair, denying his freedom within its jurisdiction the equal protection of the laws, unlawfully excessively manipulated Plaintiff again, a uneducated mentally disabled documented recipient, a U.S. citizen minding his own business gets unlawfully robbed again by same defendants, manipulated again, insulted and harassed again, Violating, depriving his 14th Amendment as a U.S. citizen that's protected by the U.S. Constitution, pursuant to 42 U.S.C 1983.

1. Plaintiff's Civil Right's as a U.S. citizen, was unlawfully manipulated  in front of witness, again, Defendant's stated above choice was to deny Plaintiff the equal protection of laws within its jurisdiction, again, knowingly violating Plaintiff, pursuant to 42 U.S.C. 1983.

2. and violated Plaintiffs right of the people peaceably to assemble not protecting nor securing

his U.S. Constitutional rights as a U.S. citizen, depriving his U.S. Constitutional rights as a U.S. citizen that are protected and secured by the U.S. Constitution, depriving him of his privileges, pursuant to 42 U.S.C. 1983.

The facts stand firm due to 42 U.S.C. 1983, Defendant's stated above used professional misconduct as being a official professional (local government entity) of the law, violating Plaintiff, Plaintiff was disrespected, discriminated against severely, targeted, taunted, agitated, insulted, ridiculed and any other word that can describe the pain and suffering Plaintiff felt went threw and feels today by being violated by Defendant's, stated above. Plaintiff is a documented mentally disabled recipient and these violations of his civil rights injured, insulted and embarrassed Plaintiff, not keeping Plaintiff safe, deprived of rights secured by the United States Constitution, pursuant to 42 U.S.C. 1983. Defendant's stated above, engaged in excessive force with no valid reason unrestrained in abuse of their power as an professional of the law that protects and secures Plaintiffs U.S. Constitutional Civil Rights, not deprive his U.S. Constitutional Civil Rights, pursuant to 42 U.S.C. 1983. Pursuant to 42 U.S.C. 1983, Defendant's stated above, only persons under the statue are subject to liability, a government official in his official capacity, the government entity itself, may be sued in their individual capacities for damages, declaratory or injunctive relief to Plaintiff for Defendant's stated above professional misconduct.

## CONCLUSION

Pursuant to 42 U.S.C. 1983, Defendant's stated above acted under color of statute, ordinance, regulations and custom causing Plaintiff to be set up, attempting to set Plaintiff up for failure because of his mental condition, exercising their power wrongfully, performing professional misconduct. Defendant's stated above failed to meet Plaintiff's constitutional Rights as a citizen of the United States or other person within its jurisdiction thereof to the deprivation of unsecured professional misconduct. Although Defendant's stated through out this law suit are entitled to Eleventh Amendment immunity in federal court, but local government have no

immunity from damages flowing from their constitutional violations, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

A government local state official is entitled to qualified immunity but their acts was so obviously wrong, in the light of existing law as shown through out this law suit herein. Plaintiff states a constitutional claim which Defendants stated above is not qualified for immunity, at a minimum, for not protecting Plaintiff's U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

Plaintiffs 6th Amendment protects that right under 42 U.S.C. 1983. Plaintiff moves forth herein to show courts Defendants violated his U.S. Constitutional Rights, pursuant to 42 U.S.C. 1983.

Defendant's stated above knowingly that Plaintiff is a U.S. citizen and professional misconduct violating the law would have done such a thing. Not securing Plaintiff, injuring and harassing Plaintiff of all, causing mental anguish, not protecting his U.S. Constitutional Rights that are protected by the U.S. Constitution, depriving privileges of Plaintiff, pursuant to 42 U.S.C. 1983.

*Pursuant to FRCP 8*, Plaintiff made a claim for relief with various of pleadings that states claim for relief, In alternative, Plaintiff is moving the court to seek damages for pain and suffering for full amount by *each* Defendant stated above by the use of excessive force through defamation of character, Plaintiff never had the equal protection as a U.S. citizen, that wasn't protected by Defendant's stated above, [under, 42 U.S.C 1983] that's protected by the U.S. Constitution, pursuant to 42 U.S.C. 1983, as shown and demonstrated in this law suit herein.

Wherefore plaintiff demands relief as follows:

1. Judgment against Defendants in an amount to be determined by the court up to

   (1) *$999,999,999,000,000,000,999,999,999,000.00*

2. (2) cost of suit, and

3. (3) any such other and further relief as the court deems just and proper.

DATED: june  ʸ ʲ, 2012

Chaderick A. Ingram

Plaintiff, In Forma Pauperis